# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Louis Victor Gregoire, Jr.
Kean, Miller
400 Convention Street, #700
Baton Rouge LA 70802

Robert E. Meadows
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston TX 77002-5213

Michael R. Phillips
Kean, Miller, LLP
909 Poydras St., #3600
New Orleans LA 70112

Jeffrey J. Gelpi
Kean, Miller, LLP
909 Poydras St., Suite 3600
New Orleans LA 70112

Kevin Wade Trahan
The Dill Firm
PO Box 3324
Lafayette LA 70502-3324

Carol M. Wood
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston TX 77002-5213

Charles S. McCowan, IV
Attorney at Law
PO Box 3513
Baton Rouge LA 70821-3513

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 16, 2025

## REHEARING ACTION: April 16, 2025

**Docket Number: 24   00053-CA consolidated with 23   00550-CW**

**STATE OF LOUISIANA, ET AL**
**VERSUS**
**LOUISIANA LAND AND EXPLORATION CO., ET AL.**

**Appealed from Vermilion Parish Case No. 82162**

**BEFORE JUDGES:**

> **Hon. D. Kent Savoie**
> **Hon. Gary J. Ortego**
> **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Union Oil Company of California** has this day been

> **DENIED.**

cc: Thomas E. Balhoff, Counsel for the Appellee
  Ryan M. Seidemann, Counsel for the Appellee
  Jerold Edward Knoll, Jr., Counsel for the Appellee
  Grady Joseph Abraham, Counsel for the Appellee
  William R. Coenen, III, Counsel for the Appellee
  John Hogarth Carmouche, Counsel for the Appellee